UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JORDAN DAVIS, et al.,

Plaintiffs,

v.

VERNITA JAMES, et al.,

Defendants.

Case No. 21-cv-04651-LB

**ORDER OF CONDITIONAL DISMISSAL**

Given the parties' settlement of their case and the court's separate approval of the minor's compromise, the court orders that the case be dismissed without prejudice. If any party certifies to the court within 120 days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 120 days, the dismissal will be with prejudice. The court retains jurisdiction to enforce the order at ECF No. 157 and to decide any application about the blocked account.

**IT IS SO ORDERED.**

Dated: October 5, 2026

LAUREL BEELER
United States Magistrate Judge